(April 1, 1919.)

## STATE, Respondent, v. LAVON WILLIAMS and DEWEY ARNOLD, Appellants.

[180 Pac. 259.]

APPEAL AND ERROR—NEW TRIAL.

> Motion for new trial denied on authority of *State v. Henry Ricks and Edward Levine, ante,* p. 232.

APPEAL from the District Court of the Ninth Judicial District, for Madison County. Hon. James G. Gwinn, Judge.

From a judgment of conviction of crime, defendants appeal. Motion in supreme court for new trial. *Denied.*

B. H. Miller, for Appellants.

T. A. Walters, Ex-Attorney General, and Roy L. Black, Attorney General, for Respondent.

RICE, J.—This case is identical with the case of *State v. Henry Ricks and Edward Levine, ante,* p. 232, 180 Pac. 257.

On the authority of that case, the motion for new trial is denied.

Morgan, C. J., and Budge, J., concur.